FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 2 0 2016

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:16CR25 |
| | § | JUDGE MHS/KNM |
| JIMMY LEE MAYS (01) | § | |
| a/k/a "Poochie" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about March 3, 2016, in Longview, Gregg County, within the Eastern District of Texas, **Jimmy Lee Mays, a/k/a "Poochie,"** the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of Marijuana, a felony, in Case Number 42148-A, in the 188th District Court of Gregg County, Texas, on December 17, 2012, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit: a Glock, model 22, .40 caliber pistol, bearing serial number ZU778US,

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Pursuant to 18 U.S.C. § 924(d)

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendant herein shall forfeit to the United States pursuant to 18 U.S.C. § 924(d):

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violation; and

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

### Firearms:

Any and all firearms, ammunition and accessories seized from the defendants, including, but not limited to:

a Glock, model 22, .40 caliber pistol, bearing serial number ZU778US

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable

property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____                4/20/16
ALLEN H. HURST                           Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:16CR___ JUDGE_____ |
| JIMMY LEE MAYS (01) a/k/a "Poochie" | § § | |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(g)(1) (Felon in possession of a firearm) |
| Penalty: | Imprisonment for a term of not more than 10 years; a fine not to exceed $250,000, or both; a term of supervised release of not more than 3 years. |
| | If a defendant has three previous convictions by any court referred to in 18 U.S.C. § 922(g)(1) for a violent felony or a serious drug offense, or both, committed on occasions different from one another, said defendant shall be fined not more than $250,000.00 and imprisoned not less than 15 years, and, notwithstanding any other provision of law, the court shall not suspend the sentence of, or grant a probationary sentence to, such person with respect to the conviction under section 922(g). |
| Special Assessment: | $100.00 |

Indictment - Page 4 of 4